WEBSTER, Respondent, v. SYMONDS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by Eugene E. Webster against Radcliffe L. Symonds. No opinion. Motion granted, and appeal dismissed, with costs.

WEEDSPORT ELECTRIC LIGHT CO., Appellant, v. VILLAGE OF WEEDSPORT, Respondent. (Supreme Court, Appellate Division, Fourth Department. March, 1915.) Appeal from a judgment of the Supreme Court, entered in the office of the clerk of Cayuga county on the 29th day of October, 1914, dismissing the complaint upon the merits, with costs.

PER CURIAM. We hold in this case as follows: (1) That a right, still in force to erect, construct, and maintain suitable wires and other conductors, with the necessary poles and other fixtures and apparatus in, on, over, and under the streets, avenues, public parks, and places of said village (the defendant), for conducting and distributing electricity for commercial lighting and heat under reasonable regulations, was granted by the adoption of the resolution of October 5, 1898, by the board of trustees of the defendant, to the assignor of the plaintiff. (2) That the plaintiff has kept and performed all of the conditions upon which the said franchise was granted, and that the written notice served by the defendant upon the plaintiff December 11, 1912, was ineffectual to discontinue or forfeit the franchise theretofore granted to the plaintiff. Judgment reversed, with costs, and judgment directed for the plaintiff, granting a permanent injunction, with costs.

WEIL v. RICHARDSON. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Milton Weil against G. Dexter Richardson. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 1149.

In re WELCH. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the claim of Adam Welch for compensation under the Workmen's Compensation Law (Consol. Law, c. 67) against the New York, New Haven & Hartford Railroad Company, employer and self-insurer.

PER CURIAM. Award affirmed.

SMITH, P. J., and HOWARD, J., dissent.

In re WELCH. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) In the matter of the judicial settlement of the account of Augustus M. Welch, as executor, etc., of Edwin M. Welch, deceased.

PER CURIAM. In this case we think the rule of two years' purchase should prevail, and that the amount with which the account was surcharged should be reduced accordingly. Decree of the Surrogate's Court of Kings County modified in accordance with these views, and as modified affirmed, without costs. Settle order on notice before Mr. Justice Stapleton.

In re WEST. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the application of Walter S. West for the removal of Hiram C. Todd, etc. No opinion. Decree unanimously affirmed, with costs.

WILLETT, Respondent, v. DEVOY, Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by William Willett, Jr., against Charles S. Devoy, individually and as clerk of the county of Kings. No opinion. Application granted. See, also, 90 Misc. Rep. 400, 153 N. Y. Supp. 616.

WILLIAMS v. DICKERSON et al. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Percy G. Williams against William K. Dickerson and others; Leander B. Faber, as receiver in supplementary proceedings of Patrick H. Flynn, appellant. No opinion. Judgment of the County Court of Kings County affirmed, with costs.

WILLIAMS, Appellant, v. VAN WAGENEN et al., Respondents, et al. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Alice C. Williams against Emily D. Van Wagenen and others, impleaded with others. W. W. Green, of New York City, for appellant., L. F. Dodd, C. E. Buckingham, G. M. Thompson, and P. Ingraham, all of New York City, for respondents. No opinion. Judgment (in 90 Misc. Rep. 111, 152 N. Y. Supp. 926) affirmed, with costs, upon the opinion of Giegerich, J., in the court below. Order filed.

WILLIAMS, Appellant, v. W. H. LANGLEY & CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Frank P. Williams against W. H. Langley & Co. No opinion. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment unanimously affirmed, with costs.

WILLIAMS, Appellant, v. WILLIAMS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by Eliza T. Williams against Alice D. Williams and another, as executors, etc. No opinion. Appeal dismissed, without costs, upon stipulation filed.

In re WILLIAMS' WILL. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) In the matter of proving the last will and testament of Louisa Williams, deceased. No opinion. Motion granted, and appeal dismissed, without costs.

WILSON et al., Respondents, v. RUSHVILLE MINING & GAS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by Milton J. Wilson and others against the Rushville Mining & Gas Company.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., not sitting.